BADIAK & WILL, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-A-004-RB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GREAT AMERICAN INSURANCE CO., as
Subrogee of PRICE AND PIERCE INTERNATIONAL,
INC.,

       Plaintiffs,      **RULE 7.1 STATEMENT**

 -against-

COSCO CONTAINER LINES and COSCO
CONTAINER LINES AMERICAS, INC.,

       Defendants.
-------------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY.

       **SEE ATTACHED LIST**

DATED: July 31, 2007        _____
                  SIGNATURE OF ATTORNEY
                  ROMAN BADIAK

**AMERICAN FINANCIAL GROUP**
  *Amer Empire Surplus Lines Pool*
    American Empire Insurance Co
    American Empire Surplus Lines
    Fidelity Excess and Surplus
  *Atlanta Casualty Pool*
    American Premier Ins Co
    Atlanta Casualty Company
    Atlanta Specialty Insurance Co
  *Great American Insurance Pool*
    Agricultural Excess & Surplus
    Agricultural Insurance Co
    American Alliance Ins Co
    American Dynasty Surplus Lines
    American National Fire Ins
    American Spirit Insurance Co
    Contemporary American Ins Co
    Eagle American Insurance Co
    Eden Park Insurance Company
    Great American Insurance Co
    Great American Lloyd's Ins
    Great Texas County Mut Ins Co
    Seven Hills Insurance Co
    TICO Insurance Company
    Transport Insurance Co
  *Infinity Insurance Pool*
    Infinity Insurance Company
    Infinity National Ins Corp
    Infinity Select Insurance Co
  *Leader National Pool*
    Leader National Insurance Co
    Leader Preferred Insurance Co
    Leader Specialty Insurance Co

  *Mid-Continent Group*
    Mid-Continent Casualty Co
    Mid-Continent Insurance Co OK
    Oklahoma Surety Company
  *National Interstate Ins Co*
  *Republic Indemnity Ins Pool*
    Republic Indem Co of America
    Republic Indemnity Co of CA
  *Stonewall Insurance Company*
  *Windsor Insurance Pool*
    American Deposit Ins Co
    Coventry Insurance Company
    Regal Insurance Company
    Windsor Insurance Company