# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 6913

Date Filed: 8/1/2007

Plaintiff:
**GREAT AMERICAN INSURANCE CO., as subrogee of PRICE AND PIERCE INTERNATIONAL, INC.**

vs.

Defendant:
**COSCO CONTAINER LINES and COSCO CONTAINER LINES AMERICAS, INC**

For:
Roman Badik
BADIK & WILL, LLP
106 Third Street
Mineola, NY 11501-4404

Received by SBI PROCESS SERVICE to be served on **COSCO CONTAINER LINES, 100 LIGHTING WAY, SECAUCUS, NJ 07094**.

I, Charles M Tedesco Jr., being duly sworn, depose and say that on the **6th day of August, 2007** at **11:00 am**, I:

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DAVID MARCANO** as **LEGAL MANAGER**, who stated they are authorized to accept service for: **COSCO CONTAINER LINES** at the address of: **100 LIGHTING WAY, SECAUCUS, NJ 07094**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: W, Height: 5'9, Weight: 170, Hair: Brn, Glasses: Y

Subscribed and Sworn to before me on the 6th day of August, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

LISA O'CALLAGHAN

_____
Charles M Tedesco Jr.
Process Server

SBI PROCESS SERVICE
61 Mt. Kemble Ave.
Suite 503
Morristown, NJ 07960-5176
(973) 267-1513
Our Job Serial Number: 2007000562
Ref: 07-A-004-RB

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.1c