# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

106 THIRD STREET
MINEOLA, NY 11501-4404

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 27 2007
```

November 26, 2007

**VIA TELEFAX ONLY 212-805-0426**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: Great American Insurance Company a/s/o
Price and Pierce International, Inc. v.
COSCO Container Lines and COSCO
Container Lines Americas, Inc.
07 Civ 6913 (LTS)
Our Ref.: 07-A-004-JPK

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Honorable Laura Taylor Swain:

As Your Honor may recall we represent the plaintiff in the captioned proceeding which is currently scheduled for a conference this Friday, November 30, 2007 at 11:30 a.m. We have yet to receive an appearance or answer on behalf of the defendants but have spoken with their claims manager who is in the process of following up on this matter. We understand that they have or will be retaining counsel to represent them in this proceeding and we therefore request, per your clerk's suggestion, an adjournment of the current conference for a thirty (30) day period to allow the defendant to file an answer and appear in this action.

We thank Your Honor for your kind attention to the foregoing.

*The conference is adjourned to January 4, 2008 at 4:30pm.*
**SO ORDERED.**

Respectfully submitted,

BADIAK & WILL, LLP

/s/ Laura Taylor Swain 11/26/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

JAMES P. KRAUZLIS

JPK/lmw
cc: **VIA TELEFAX ONLY 201-422-8928**
Cosco Container Lines America, Inc.
100 Lighting Way
Secaucus, New Jersey 07094
Attn: Robert Haney
Your Ref.: ENO-63

Copies ~~mailed~~ faxed to P/A Counsel
Chambers of Judge Swain    11-27-07