# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

106 THIRD STREET
MINEOLA, NY 11501-4404

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

November 28, 2007

VIA TELEFAX ONLY 212-805-0426

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 29 2007

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE   Great American Insurance Company a/s/o
     Price and Pierce International, Inc. v.
     COSCO Container Lines and COSCO
     Container Lines Americas, Inc.
     07 Civ 6913 (LTS)
     Our Ref.: 07-A-004-JPK

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [illegible] such certification to Chambers.

Honorable Laura Taylor Swain:

As Your Honor may recall, the conference scheduled for this Friday, November 30, 2007 at 11:30 a.m. was adjourned pursuant to our request by telefax of November 26, 2007. Unfortunately, the undersigned will not be in the office on January 4, 2008, the adjourned date but will be attending a mandatory mediation in Charleston, South Carolina on another matter. After discussing this matter with your clerk, we respectfully request that Your Honor confirm the conference's adjourned date is January 18, 2008 at 11:00 a.m.

We respectfully request that Your Honor favorably consider our request that the adjourned date be changed to January 18, 2008.

*The request is granted.*

SO ORDERED.

/s/ 11/29/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

BADIAK & WILL, LLP

JAMES P. KRAUZLIS

JPK/lmw
cc:  **VIA TELEFAX ONLY 201-422-8928**
     Cosco Container Lines Americas, Inc.
     100 Lighting Way
     Secaucus, New Jersey 07094
     Attn: Robert Haney
     Your Ref.: ENO-63

Faxed to P/A Counsel
Copies ~~mailed~~ Chambers of Judge Swain  11-29-07