# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

106 THIRD STREET
MINEOLA, NY 11501-4404

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: admiralaw@aol.com

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

January 15, 2008

**VIA TELEFAX ONLY 212-805-0426**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: Great American Insurance Company a/s/o
Price and Pierce International, Inc. v.
COSCO Container Lines and COSCO
Container Lines Americas, Inc.
07 Civ 6913 (LTS)
Our Ref.: 07-A-004-JPK

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: JAN 2 2 2008]

[Memo endorsement, partially illegible: "... counsel ... this Memo ... is responsible for faxing or ... a copy to all counsel ... and filing a certificate of ... 5 days from the date hereof. Do ... to Chambers."]

Honorable Laura Taylor Swain:

Further to the captioned matter, Your Honor may recall a conference is scheduled for Friday, January 18, 2008 at 11:00 a.m. We have just been advised of counsel retained on behalf of Cosco Container Lines who are in the process of filing an appearance but counsel will require time in order to prepare the formal answer and documents as well as to address a proposed Scheduling Order. Furthermore, we have already undertaken to discuss of a proposed settlement of the claim with opposing counsel and are hopeful to be in a position to report to Your Honor regarding a proposed settlement shortly.

We request, therefore, that the conference presently scheduled for this Friday, January 18, 2008, be adjourned to February 7, 2008 at 2:00 p.m., if that time is convenient to Your Honor. Opposing counsel are agreeable to the suggested adjourned date.

We respectfully request that Your Honor favorably consider our request for an adjournment of the conference as aforesaid.

*[Handwritten: The conference is adjourned to February 7, 2008, at 4:00pm. SO ORDERED. /s/ 1/22/08 LAURA TAYLOR SWAIN U.S.D.J.]*

Respectfully submitted,

BADIAK & WILL, LLP

JAMES P. KRAUZLIS

JPK/lmw
cc: **VIA TELEFAX ONLY** 516-767-3605
Attn: George Chalos, Esq.
Chalos, O'Connor & Duffy, LLP
366 Main Street
Port Washington, New York 11050

Copies mailed/faxed to *P/f's counsel*
Chambers of Judge Swain *1-22-08*