# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

106 THIRD STREET
MINEOLA, NY 11501-0404

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FEB 0 4 2008

February __, 2008

**VIA TELEFAX ONLY** 212-805-0426

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: Great American Insurance Company a/s/o
Price and Pierce International, Inc. v.
COSCO Container Lines and COSCO
Container Lines Americas, Inc.
07 Civ 6913 (LTS)
Our Ref.: 07-A-004-JPK

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Honorable Laura Taylor Swain:

Further to the captioned matter, Your Honor may recall that the captioned matter was set for conference this coming Thursday, February 7, 2008 at 2:00 p.m. We have continued in our discussions with counsel retained on behalf of defendant Cosco Container Lines, although they have yet to file a formal Answer and Appearance, we have been engaged aggressively in negotiating a settlement of this case due to the overall amount involved. We believe that we are very close to obtaining a settlement although we cannot confirm a settlement has been reached today.

We would request, nonetheless, that Your Honor permit us to continue our negotiations without the requirement of attendance at the conference next week as we do believe this matter will be settled shortly. We would request, also, that Your Honor confirm the conference scheduled for February 7, 2008 be adjourned for thirty (30) days so we may continue our settlement negotiations on an amicable basis and without the incurrence of further costs on the part of the defendant in filing an Answer.

We respectfully request that Your Honor favorably consider this request for adjournment of the conference as aforesaid.

Respectfully submitted,

BADIAK & WILL, LLP

JAMES P. KRAUZLIS

*The conference is adjourned to March 7, 2008 at 10:15 AM.*

**SO ORDERED.**

1 Feb 2008

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

JPK/lmw
cc: **VIA TELEFAX ONLY** 516-767-3605
Attn: George Chalos, Esq.
Chalos, O'Connor & Duffy, LLP
366 Main Street
Port Washington, New York 11050