# BADIAK & WILL, LLP

*Attorneys and Proctors in Admiralty*

106 THIRD STREET
MINEOLA, NY 11501-4404

TELEPHONE: (516) 877-2225
TELEFAX: (516) 877-2230/2240
E-MAIL: ADMIRALAW@AOL.COM

FLORIDA OFFICE:
BADIAK, WILL & KALLEN
17071 WEST DIXIE HIGHWAY
NORTH MIAMI BEACH, FL 33160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: MAR 0 6 2008

**MEMO ENDORSED**

March 5, 2008

VIA TELEFAX 212-805-0426

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: Great American Insurance Company a/s/o Price and Pierce International, Inc. v.
COSCO Container Lines and COSCO Container Lines Americas, Inc.
07 Civ 6913 (LTS)
Our Ref.: 07-A-004-JPK

Honorable Laura Taylor Swain:

Further to the captioned matter, you may recall that we represent the plaintiff in the captioned proceeding which is currently scheduled for a conference this Friday, March 7, 2008 at 10:15 a.m.

We are pleased to advise your Honor that the parties have agreed to a settlement of this case and we are currently in the process of exchanging closing documentation. We would respectfully request, therefore, that your Honor adjourn the conference and issue a 60 day order of discontinuance which should enable the parties sufficient time to consummate the settlement.

We thank your Honor for your kind attention to the foregoing and respectfully request that your Honor favorably consider this joint request that the conference for Friday be adjourned in light of our settlement agreement.

Respectfully submitted,
BADIAK & WILL, LLP

JAMES P. KRAUZLIS

JPK:jm

cc: George Chalos, Esq. - VIA TELEFAX 516-767-3605
Chalos, O'Connor & Duffy, LLP
366 Main Street
Port Washington, New York 11050

A sixty-day order was signed on 2/29/08. The conference is marked off the calendar.

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
3/6/2008